## THOMPSON v. STATE.

### No. 14736.

Court of Criminal Appeals of Texas.
Oct. 21, 1931.

Rehearing Denied Nov. 25, 1931.

Clegg & Clegg and W. E. Bell, all of Trinity, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for theft of hogs; punishment being two years in the penitentiary.

The record contains neither statement of facts nor bills of exception. In this condition, nothing is presented for review.

The judgment is affirmed.

On Motion for Rehearing.

LATTIMORE, J.

Appellant having raised in his motion for rehearing some question as to whether the judgment herein was entered during the term at which the trial was had, caused the state's attorney with this court to investigate, and he has procured and filed as part of the record herein, a copy of the order of the court convening a special term, as certified to by the clerk of the trial court, and it appears from the record here that this conviction was had and judgment entered at said special term. The other matters raised in the motion were properly disposed of in the original opinion.

The motion for rehearing will be overruled.